McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSHEER ALKHALAYLAH, ) | No. 06-F-CV-1768 OWW WMW |
| Plaintiff, ) | JOINT STIPULATION AND ORDER |
| v. ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a de novo determination of that Application pursuant to 8 U.S.C. § 1447(b).  The matter is now ripe for administrative adjudication.  Accordingly, the parties stipulate that the case be remanded with instructions to United States Citizenship and Immigration Services to adjudicate the application within 30 days from the date of the order of remand.

                                            Respectfully submitted,

Dated: April 23, 2007                /s/ Audrey B. Hemesath
                                            Audrey Hemesath
                                            Assistant United States Attorney


                                            /s/ James M. Makasian
                                            Counsel for Plaintiff

**ORDER**

For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 30 days from the date of the order of remand.

IT IS SO ORDERED.

Dated:   April 24, 2007                             /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE